Decided May 6, 1999

## CITY OF MILFORD *v.* ANTHONY ANDRESAKIS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 52 Conn. App. 454 (AC 18333), is denied.

*Cynthia C. Anger*, assistant city attorney, in support of the petition.

Decided May 6, 1999